IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PAISLY BENDER,

        Plaintiff,

v.

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY d/b/a FEDLOAN
SERVICING, EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC, and
TRANS UNION, LLC,

        Defendants.

Civil No. 1:19-cv-01122-LMB-JFA

**ORDER GRANTING IN PART TRANS UNION LLC'S MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Trans Union LLC ("Trans Union"), by and through its attorney of record, filed a Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint.

UPON CONSIDERATION THEREOF, for good cause shown and by agreement of counsel for Plaintiff and Trans Union, it is hereby,

ORDERED, ADJUDGED, and DECREED that Trans Union's Motion for Extension of Time to Answer or Otherwise Respond to Plaintiff's Complaint be, and hereby is, GRANTED, and it is further,

ORDERED that Trans Union shall be GRANTED an extension of time until October 15, 2019, to file its Answer or otherwise respond to Plaintiff's Complaint.

Dated this 23rd day of SEPTEMBER 2019.

                                            /s/ JFA
                                     John F. Anderson
                                     United States Magistrate Judge
                                **THE HONORABLE JOHN F. ANDERSON**
                                United States Magistrate Judge