UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

PAISLY BENDER,

    Plaintiff,

v.                                      Civil Action No. 1:19-cv-01122

PENNSYLVANIA HIGHER EDUCATION
ASSISTANCE AGENCY D/B/A FEDLOAN
SERVICING, *et al.*,

    Defendants.

### ~~AGREED~~ ORDER

CAME NOW Defendant, Experian Information Solutions, Inc. ("Experian"), by counsel, upon its Consent Motion for an Extension of Time to file responsive pleadings to the Complaint filed by Plaintiff, Paisly Bender;

UPON CONSIDERATION WHEREOF, for good cause shown and by agreement of counsel for Paisly Bender and Experian, it is hereby,

ORDERED, ADJUDGED and DECREED that Experian's Consent Motion for an Extension of Time be, and hereby is, GRANTED, and it is further,

ORDERED, ADJUDGED and DECREED that Defendant, Experian Information Solutions, Inc., shall be GRANTED an extension of time until on or before October ~~25~~ 16, 2019 to file its responsive pleadings to the Complaint filed by Paisly Bender. (three week extension)

The Clerk is directed to send a copy of this Order to counsel of record.

ENTERED this 24th day of September, 2019.

                                                                /s/ JFA
                                                    John F. Anderson
                                            United States Magistrate Judge

**WE ASK FOR THIS:**          **SEEN AND AGREED:**

*/s/ David N. Anthony*
David N. Anthony
Virginia State Bar No. 31696
*Counsel for Experian Information Solutions, Inc.*
TROUTMAN SANDERS LLP
1001 Haxall Point
Richmond, VA 23219
Telephone:(804) 697-5410
Facsimile: (804) 698-5118
Email: david.anthony@troutman.com

*/s/ Kristi C. Kelly*
Kristi C. Kelly
Virginia State Bar No. 72791
Casey S. Nash
Virginia State Bar No. 84261
*Counsel for Plaintiff*
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7576
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: casey@kellyguzzo.com